## NATIONAL INDUSTRIAL TRAFFIC LEAGUE ET AL. *v.* UNITED STATES ET AL.

No. 898.   Decided February 24, 1969.

*John F. Donelan, John M. Cleary, Arthur A. Arsham,* and *John J. C. Martin* for appellants.

*Solicitor General Griswold, Acting Assistant Attorney General Hammond, Howard E. Shapiro, Robert W. Ginnane,* and *Raymond M. Zimmet* for the United States et al., *LeGrand A. Carlston, Z. L. Pearson, Jr.,* and *Bryce Rea, Jr.,* for Rocky Mountain Motor Tariff Bureau, Inc., and *Mr. Rea* for Pacific Inland Tariff Bureau, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.